JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN, an Incompetent Individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>VORYS, SATER, SEYMOUR & PEASE, LLP, a Corporation; MICHAEL L. WRIGHT, an Individual, NATHANIEL LAMPLEY, JR., an Individual, WRIGHT & VANNOY, LPA, Inc. a Corporation,<br><br>    Defendants. | **CASE NO. CV 05-3315 FMC (JCx)**<br><br>[Assigned for all purposes to the Honorable Florence-Marie Cooper, Courtroom 750]<br><br>[~~PROPOSED~~] **JUDGMENT** |

  This court has entered an order on February 26, 2008 granting the motion to dismiss filed by defendants Nathaniel Lampley, Jr. ("Lampley") and Vorys, Sater, Seymour & Pease LLP ("Vorys"), granting the motion to dismiss filed by defendants Michael L. Wright ("Wright") and Wright & Vannoy, L.P.A., Inc. ("Wright & Vannoy"), specifying that the case should be dismissed with prejudice and directing the defendants to submit a proposed judgment,

///

///

1

1      IT SO ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2 action be dismissed with prejudice, and that defendants Lampley, Vorys, Wright and
3 Wright & Vannoy recover their costs.

7 Dated: March 3, 2008

_____
United States District Court Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 11911 San Vicente Boulevard, Suite 324, Los Angeles, CA 90049.

    On **February 29, 2008**, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Frederick McNeill, Esq.
Frederick A McNeill & Associates
2011 Arlington Avenue
Los Angeles, CA 90018

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with United States postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on **February 29, 2008**, at Los Angeles, California.

                                                 _____
                                                     Tunizia Abdur-Raheem